```
┌─────────────────────────┐
│ USDC SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____  │
│ DATE FILED: 5/24/07     │
└─────────────────────────┘
```





MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

Anna Nguyen
*Assistant Corporation Counsel*
Tel.: (212) 788-0971
Fax: (212) 788-9776

May 22, 2006

BY HAND
Honorable Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: Amiker v. City of New York, et al., 07 CV 3554 (RPP)

Dear Judge Patterson:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney for defendant City of New York ("City"). I am writing with the consent of plaintiff's counsel Chris Galiardo, Esq. to respectfully request a sixty-day enlargement of time, from June 4, 2007 to August 3, 2007 within which the City, and Police Officers Orlando Perez, Erick Ortiz, and Christian McBrearty may answer or otherwise respond to the complaint.[1] This is the City and Officers Perez, Ortiz, and McBrearty's first request for an enlargement of time in this action.

    The complaint alleges, *inter alia*, that plaintiff was subjected to false arrest, false imprisonment, and malicious prosecution. Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case. The enlargement of time will afford us the opportunity to investigate the matter.

    Moreover, the enlargement will allow us to ascertain whether the individually named defendants have been properly served. If service has been effectuated then, pursuant to Section 50-k of the New York General Municipal Law, this office must determine, based on a review of the case, whether we may represent Officers Perez, Ortiz, and McBrearty. Officers Perez, Ortiz, and McBrearty must then decide whether he/she wishes to be represented by this

---

[1] Although this office does not currently represent Police Officers Perez, Ortiz, and McBrearty, we make this request on their behalves in order that their defenses are not jeopardized while representational issues are being resolved.

office. If so, we must obtain his/her written authorization. Only after this procedure has been followed can we determine how to proceed in this case.

In view of the foregoing, it is respectfully requested that the Court grant the within request extending the City and Officers Perez, Ortiz, and McBrearty's time to answer or otherwise respond to the complaint until August 3, 2007.

Thank you for your consideration in this regard.

Respectfully submitted,

*[signature]*

Anna Nguyen (AN 6973)
Assistant Corporation Counsel
Special Federal Litigation Division

CC:    BY FAX
       Christopher Galiardo, Esq.
       Attorney for Plaintiff
       122 East 42nd Street, Suite 2710
       New York, NY 10168
       Fax: 212-986-6250

*[handwritten: Application granted. See order. Robert P. Patterson 5/23/07]*

2