○AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

DARRYL AMIKER,
        plaintiff,

-against-

CITY OF NEW YORK, et al.,
        Defendants.

APPEARANCE

Case Number: 07 CV 3554 (RPP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The City of New York.

I certify that I am admitted to practice in this court.

| 7/3/2007 | | |
|---|---|---|
| Date | Signature | |
| | Anna Nguyen | AN6973 |
| | Print Name | Bar Number |
| | NYC Law Dep't., 100 Church Street | |
| | Address | |
| | New York    NY | 10007 |
| | City    State | Zip Code |
| | (212) 788-0971 | (212) 788-9776 |
| | Phone Number | Fax Number |