# MYERS & GALIARDO, LLP
### ATTORNEYS AT LAW
CHANIN BUILDING
122 EAST 42ND STREET, SUITE 2710
NEW YORK, NY 10168

TELEPHONE
(212) 986-5900

FACSIMILE
(212) 986-6250



RECEIVED
JUL 16 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

## MEMO ENDORSED

July 16, 2007

**BY FAX (212-805-7917)**
Honorable Robert P. Patterson
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/07

    Re:   Amiker v. City of New York, et al.
          07 CV 3554 (RPP)

Dear Judge Patterson:

    Please be advised that this office represents the plaintiff in the above matter, which is scheduled for an Initial Conference before Your Honor tomorrow, July 17, 2007 at 9:00 a.m. Please consider this letter a request to adjourn the conference until **August 15, 2007, at 9:00 a.m.** I am joined in this letter by counsel for the defendants, Assistant Corporation Counsel Anna Nguyen.

    We are writing at the suggestion of your clerk, Robert Monteagudo. The reason for the request is that a prior extension of time for the defendants to answer was granted, up until August 3, 2007. The conference date had been set prior to this extension of the time to answer. The parties believe that the conference will be more productive after the defendants have answered.

    Thank you very much for your consideration of this request.

Very truly yours,
Myers & Galiardo

Christopher Galiardo

cc:   Anna Nguyen, Esq.
      (by fax, 212-786-9776)
Br/cdg

*Application granted
So ordered
Robert P. Patterson
USDJ
7/16/07*