UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Anuker*

**Plaintiff(s)**

-against-

*City of New York*

_____ **Defendant(s)** _____

PATTERSON, D.J.

*07* CV 3554  **(RPP)**
**SCHEDULING ORDER**

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: _____ Yes    _____ No.

3. Amend the pleadings by _____.

4. Medical Authorizations by _____.

5. Rule 26 compliance by _____.

6. Experts' reports to be served by _____.

7. Experts' depositions to be completed by _____.

8. All discovery to be completed by ___*2/15/08*___.

9. Dispositive motions by _____, Answer by _____, Reply by _____.

10. Pretrial order to be filed by ___*3/3/08*___.

11. Settlement conference with parties & counsel to be held on _____ at _____.

12. Pretrial conference is scheduled for _____ at _____.

13. Trial date is scheduled for ___*3/17/08*___ at *9 30 AM*___.

Dated: New York, New York
___*8/15/07*___

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: *8/16/07*

**SO ORDERED.**

_____
**ROBERT P. PATTERSON, JR.**
**U.S.D.J.**