USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**Anna Nguyen**
*Assistant Corporation Counsel*
Tel.: (212) 788-0971
Fax: (212) 788-9776

MR - 7 2008

March 6, 2008

BY HAND
Honorable Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: Amiker v. City of New York, et al., 07 CV 3554 (RPP)

Dear Judge Patterson:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney for defendants City of New York ("City"), Police Officers Erick Ortiz, Christian McBrearty, and Orlando Perez. As Your Honor is aware, a settlement conference before Your Honor was held on February 22, 2008, during which the parties were unable to reach a settlement.[1] Accordingly, I am writing on behalf of the parties, pursuant to Your Honor's deputy clerk's instruction, to propose the following revised discovery schedule for the above-referenced case.

- Deadline to complete all discovery:          May 15, 2008

- Deadline for summary judgment motion
  (or in the alternative a Pre-Trial Order):     June 16, 2008

*So ordered*
*[signature]*
*3/7/08*

The revised deadlines as set forth above will permit the parties to complete paper discovery as well as to conduct several party and non-party depositions in this matter. The parties also request the enlargement of the discovery schedule in this action as set forth above due to the fact that plaintiff's counsel has two trials scheduled in early April.

---

[1] The deadline for discovery was previously set for February 15, 2008. However, by letter to the Court dated January 17, 2008, the parties requested that a settlement conference be scheduled before the Court. The parties also requested an enlargement of time to complete discovery should the matter not be resolved at the conference.

In view of the foregoing, it is respectfully requested that the Court so order the parties' proposed revised deadlines.

Thank you for your consideration in this regard.

Respectfully submitted,

Anna Nguyen
Assistant Corporation Counsel
Special Federal Litigation Division

CC:    BY MAIL
       Christopher Galiardo, Esq.
       Attorney for Plaintiff
       122 East 42nd Street, Suite 2710
       New York, NY 10168

2