05:53:31 p.m.    03-20-2008    3 /8

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

DARRYL AMIKER,

                                    Plaintiff,

        -against-

THE CITY OF NY, P.O. ORLANDO PEREZ, P.O.
ERICK ORTIZ, P.O. CHRISTIAN MCBREARTY AND
P.O.s "JOHN DOE" #1-5 (SAID NAMES BEING
FICTITIOUS, AS THE TRUE NAMES ARE
PRESENTLY UNKNOWN), INDIVIDUALLY AND IN
THEIR OFFICIAL CAPACITIES,

                                    Defendants.

--------------------------------------------------------------- x

**STIPULATION AND ORDER
OF SETTLEMENT AND
DISMISSAL**

07 Civ. 3554 (RPP)

        **WHEREAS**, plaintiff Darryl Amiker, commenced this action by filing a

complaint on or about May 3, 2007, alleging that defendants violated his constitutional rights;

and

        **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's

allegations; and

        **WHEREAS**, the parties now desire to resolve the issues raised in this litigation,

without further proceedings and without admitting any fault or liability; and

        **WHEREAS**, plaintiff has authorized his counsel to settle this matter on the terms

set forth below;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by

and between the undersigned, as follows:

1.    The above-referenced action is hereby dismissed with prejudice, and
      without costs, expenses, or fees except as provided for in paragraph "2"
      below.

2.    The City of New York hereby agrees to pay plaintiff the sum of **Twenty-
      Two Thousand Five Hundred Dollars ($22,500.00)** in full satisfaction of
      all claims, inclusive of claims for costs, expenses and attorney's fees.  In
      consideration for the payment of this sum, plaintiff agrees to the dismissal
      of all claims against the City of New York and all individually named
      defendants, and to release all defendants and any present or former
      employees or agents of the City of New York from any and all liability,
      claims, or rights of action that have or could have been alleged by plaintiff
      in this action arising out of the events alleged in the complaint in this
      action, including claims for costs, expenses and attorney's fees.

3.    Plaintiff shall execute and deliver to defendant City of New York's
      attorney all documents necessary to effect this settlement, including,
      without limitation, a General Release and An Affidavit of No Liens based
      on the terms of paragraph 2 above.

4.    Nothing contained herein shall be deemed to be an admission by any of
      the defendants that they have in any manner or way violated plaintiff's
      rights, or the rights of any other person or entity, as defined in the
      constitutions, statutes, ordinances, rules or regulations of the United
      States, the State of New York, or the City of New York or any other rules,
      regulations or bylaws of any department or subdivision of the City of New

2

York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5.    Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6.    This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York

**3·28**  , 2008

Christopher Galiardo, Esq.
Attorney for Plaintiff
122 East 42nd Street, Suite 2710
New York, NY 10168
Tel: (212) 986-5900
Fax: (212) 986-____

By_____
        Christopher Galiardo, Esq.

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street
New York, NY 10007
Tel: (212) 788-0971

By_____
        Anna Nguyen
        Assistant Corporation Counsel

*April 9, 2008*

SO ORDERED:

_____
United States District Judge

3